**Order entered January 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01416-CR

**ALEXANDER ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58374-H**

## ORDER

This appeal is **REINSTATED**.

The trial court has filed a supplemental clerk's record containing findings of fact in accordance with our order entered on December 5, 2014. The trial court has found that no bench conferences were recorded by the court reporter during the course of proceedings in this case. Accordingly, the Court considers the reporter's record to be complete as filed.

We note that the supplemental clerk's record does not include a certification of the right to appeal as ordered in the Court's December 5, 2014 order. Accordingly, the trial court is **ORDERED** to prepare and file a certification of the right to appeal in this case.

/s/    LANA MYERS
       JUSTICE